IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ROBERT STRANGE** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:22-cv-03911** |
| | § | |
| **U.S. BANK, N.A.** | § | |

_____

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE
_____

TO THE HONORABLE DISTRICT COURT JUDGE:

Pursuant to the Federal Rule of Civil Procedure, Plaintiff Robert Strange hereby stipulates and agrees to the following:

1. Plaintiff filed his Original Petition, Application for Injunctive Relief, and Request for Disclosures in the 129th Judicial Court of Harris County, Texas on 10/23/2022

2. Defendant filed its Notice of Removal on 11/9/2022.

3. Plaintiff no longer desires to pursue his causes of action against Defendant at this time.

4. Plaintiff as well as Defendant shall bear their own attorney's fees, expert fees, and litigation expenses incurred in litigating these claims.

5. Accordingly, Plaintiff requests that the Court dismiss this lawsuit without prejudice against filing same in the future.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff hereto requests that the Court enter the attached Order dismissing the above-entitled and numbered cause without prejudice with costs of court being assessed against the party incurring same.

Respectfully submitted,

VILT LAW, P.C.

By: /s/ *Robert C. Vilt*
ROBERT C. VILT
Texas Bar Number 00788586
Federal Bar Number 20296
Email: clay@viltlaw.com
5177 Richmond Avenue, Suite 1142
Houston, Texas 77056
Telephone: 713.840.7570
Facsimile: 713.877.1827
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF CONFERENCE**

I hereby certify that a conference was held on the merits of this motion on 11/17/2022 with Vincent J. Hess and he is not opposed to the relief sought herein.

/s/ *Robert C. Vilt*
ROBERT C. VILT

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was forwarded to all counsel of record pursuant to Rule 21a of the Texas Rules of Civil Procedure on this the 17th day of November, 2022.

Robert T. Mowrey
Vincent J. Hess
Matthew H. Davis
Helen O. Turner
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002

/s/ *Robert C. Vilt*
ROBERT C. VILT