**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ROBERT STRANGE** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:22-cv-03911** |
| | § | |
| **U.S. BANK, N.A.** | § | |

### ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE

On this day the Court considered the Stipulation of Dismissal without Prejudice submitted by Plaintiff Robert Strange and finds that Plaintiff's request has merit and should be **GRANTED.** It is therefore

**ORDERED, ADJUDGED and DECREED** that all claims in the above-entitled and numbered cause that were or could have been asserted by Plaintiff against Defendant be dismissed without prejudice, with costs of court being assessed against the party incurring the same. All relief not expressly granted in this Order is hereby denied.

Signed this _____ day of November, 2022.

_____
Presiding Judge